

# PROVISION MANAGEMENT AGREEMENT

BETWEEN

GULF MARINE INTERNATIONAL LTD

10, Agiou Konstantinou Str,

Maroussi, Athens 151 24

GREECE

&

Garrets International A/S

Stigsborgvej 60

9400 Noerresundby

Denmark



EXHIBIT A

TABLE OF CONTENTS

1. The Parties ............................................................................................................................. 1
2. Objectives .............................................................................................................................. 1
3. Term, termination and suspension ....................................................................................... 2
4. Nominated vessels ................................................................................................................ 2
5. Crew average ......................................................................................................................... 2
6. Rates and remuneration ....................................................................................................... 2
7. Budget performance ............................................................................................................. 4
8. Invoicing ................................................................................................................................ 4
9. Payment terms ...................................................................................................................... 4
10. Delivery ................................................................................................................................. 5
11. Insurance, maintenance and spoilage .................................................................................. 5
12. Sub-suppliers ......................................................................................................................... 5
13. Operational clauses and GTC ................................................................................................ 6
14. Order of precedence ............................................................................................................. 6
15. Confidentiality ....................................................................................................................... 6
16. Headings ................................................................................................................................ 7
17. Signatures .............................................................................................................................. 7
    List of appendixes ................................................................................................................. 7

1. THE PARTIES

1.1 This agreement (this/the "Agreement") has been made by and between the following parties:

**Garrets International A/S**
**Company reg. no. 10134188**
**Stigsborgvej 60**
**9400 Noerresundby**
**Denmark**

Hereinafter referred to as "Garrets" or a "Party".

And

**GULF MARINE INTERNATIONAL LTD**
**10, Agiou Konstantinou Str,**
**Maroussi, Athens 151 24**
**GREECE**

Hereinafter referred to as the "Customer" or a "Party".

Together referred to as the "Parties".

1.2 Each Party has appointed key staff members as contact persons for communications related to this Agreement. Appendix A lists relevant information on the appointed key staff members.

2. OBJECTIVES

2.1 The objective of this Agreement is for Garrets to provide supplies of provisions at a fixed daily rate per crew member to ensure effective utilization of provisions, and to provide related services to the Customer (together the "Services").

2.2 Both Parties are committed to work closely to maintain a business relationship that provides measurable benefits to both Parties. Competitive advantages shall be achieved and maintained through a process of continuous improvement and collaboration.

The Parties agrees to monitor and review operations, performance and compliance with agreed KPI's in order to ensure a satisfying cooperation as per below.

Quarterly Reporting:
- VR Performance
- PR Performance
- KPI Performance (Appendix B)

Virtual Monthly follow up (only if there are issues on any of the below):
- Stock Loss
- Trading
- Payments

Virtual or Physical Performance Review Meetings (Bi-Annually) including:
- Service reviews based on performance track record (Appendix B)
- Review of MoM & Actions
- VR Performance
- PR Performance

## 3. TERM, TERMINATION AND SUSPENSION

3.1 The Agreement shall commence on **01-11-2021** and shall be in force until terminated by either Party with no less than 60 days till year end.

Termination may be for the Agreement as a whole or partially for certain Vessels of the Customers fleet only.

3.2 In case of termination due to a Vessel being sold, scrapped, or taken out of the Customers fleet notice hereof shall be given as early as possible. In no event shall the notice be less than 15 days with effect from the end of a month.

3.3 In case of a Vessel being in lay-up (cold/warm) for a period of 30 days or more the Customer may suspend the Agreement for such Vessel for a minimum of 30 days giving Garrets no less than 15 days' notice.

## 4. NOMINATED VESSELS

4.1 The vessels covered by this Agreement are listed in Appendix C (the "Vessels"). Appendix C may be amended by agreement of the Parties and/or in accordance with the provisions of this Agreement.

## 5. CREW AVERAGE AND NATIONALITY

5.1 The number of permanent crew members ("Standard Manning") for each Vessel is stated in Appendix C.

5.2 For any change in the crew component the customer must update Garrets with sufficient notice in order to avoid stock wastages due to changes in crew numbers, ethnicity etc. Such notification should not be less than 30 days prior to such crew changes. Garrets will adjust the renumeration if deemed required in the sole opinion of Garrets

5.3 Upon request, Customer will give Garrets access to data in Customer's systems in order for Garrets to verify data regarding manning etc.

## 6. RATES AND REMUNERATION

6.1 The daily rate per crew member which shall be paid as remuneration for the Services is stated for each Vessel in Appendix C.

6.2 The agreed rate applied to a given Vessel is based on the trading pattern described in Appendix C (the "Trading Pattern") for such Vessel. If a Vessel changes the Trading Pattern to include an area/areas with higher costs of provisions Garrets is entitled to raise the agreed rate for such Vessel in accordance with the area price index in Appendix D.

If the change of Trading Pattern is limited to a period of less than 90 days, the additional costs will be separately invoiced based on the cost impact calculated by Garrets from the actual provision purchases in the higher priced area/areas during the period in question.

6.3 If the consumption of a given Vessel based on the monthly stock-taking for 3 consecutive months is greater than the recommended quantities calculated and set by Garrets in the electronic "Garrets Workbook", Garrets is entitled to invoice additional renumeration reflecting the costs of the excess consumption.

6.4 Beverages of any kind, hereunder drinking water and bonded stores, are not included in the rate. If such products are supplied by Garrets they will be invoiced separately.

## 7. ADDITIONAL MEALS AND ALLOWANCES

7.1 Any meals consumed on board a given Vessel by persons not included in the Standard Manning for that Vessel shall be accounted for by the Customer in accordance with the following:

7.2 No later than the 2nd in the month following a given month each Vessel shall forward to Garrets a monthly manning report using the format provided by Garrets (the Manning Report). The Manning Report approved by Garrets shall form the basis for the meals to be accounted for by the Customer in excess of the budgeted monthly fee based on the Standard Manning.

7.3 For each full day a person is onboard the Vessel the daily rate agreed for that Vessel shall apply.

7.4 If a person is onboard the Vessel less than a full day and is consuming less than the three main meals such shall be accounted for as follows:

Breakfast 25% of daily rate

Lunch 40% of daily rate

Dinner 35% of daily rate

7.5 Any additional allowances for special events affecting the consumption of provisions such as seasonal celebrations, parties, receptions, larger gatherings, gratuities and entertainment on board a Vessel shall be accounted for by the Customer in excess of the Budget and shall be invoiced separately based on actual consumption.

7.6 Any additional allowances by the Customer shall be reported to Garrets with the Manning Report.

7.7 Remuneration for additional allowances shall be calculated using one of the following two methods which shall be agreed upon by the Parties on a case by case basis:

Option 1: For a specific Vessel(s) the Customer grants an extra allowance expressed as extra days and calculated as "a number of days" x "daily rate" x "Standard Manning".

Option 2: Each vessel is allocated a lump sum allowance for the special event in question.

## 8. EMERGENCY PURCHASES

8.1 If a Vessel purchases provisions from another source than Garrets such purchase shall only be credited the Customer if the purchase is pre-approved by Garrets and documentation by detailed itemized cash receipt from the supplier in question are provided immediately after.

8.2 Garrets will credit such emergency purchases based on the submitted cash receipt on a monthly basis minus an administration fee of 5% of the amount of the purchases. If sufficient documentation in the form of a detailed itemized cash receipt and other documentation requested by Garrets is not received by Garrets no later than 15 days after the purchase such shall not be credited the Customer.

8.3 The Customer shall report the emergency purchases by quantity, description of item, and price per item, using the format herefore provided by Garrets at any given time

## 9. AMENDING ORDERS

9.1 Garrets is on a continuous basis during the term of the Agreement entitled to make the necessary changes to the Customers orders with reasonable consideration to the rate agreed and the need of nutritious and variated provisions onboard the Vessels.

## 10. BUDGET PERFORMANCE

10.1 Budget performance is defined by the accumulated consumption of all the Vessels of the Customer in a calendar year, according to Garrets' calculation of consumption - the so-called victualing rate performance.

## 11. INVOICING

11.1 Garrets will issue monthly invoices reflecting the agreed rate and Standard Manning for the following month. Unless agreed otherwise between the Parties invoicing shall be in United States Dollars (USD).

11.2 Any additional consumption of meals based on the Manning Report and any other purchases such as for special events will be invoiced separately monthly.

## 12. PAYMENT TERMS

12.1 Payments of all invoices shall be received by Garrets no later than **15 days** after the date of the invoice. Invoices are sent as PDF attachments by e-mail on the 1st of each month.

Payments shall be made in USD currency to the following bank account:

NORDEA BANK

Account no.: 5036 286 204

IBAN DK9020005036286204

Late payments will be subject to interest being charged as per clause G3 in the General Terms and Conditions

### 13. DELIVERY

13.1 Any special requirements for delivery to certain Vessels are subject to agreement and shall be recorded in Appendix C.

### 14. INSURANCE

14.1 The Customer shall insure the stock from the time of delivery.

### 15. SUB-SUPPLIERS

15.1 All provisions shall be supplied by Garrets via sub-suppliers. In the event sub-suppliers are designated by the Customer and such are not audited and pre-approved by Garrets, Garrets shall not be held liable in any way whatsoever related to the delivery in question unless the loss of the Customer in such respect is due to faults or omissions of Garrets.

### 16. STOCK TAKING

16.1 For each Vessel at the date of commencement of the Services and at the last day of the Services being provided, a stock-taking of all the provisions on board shall take place and be recorded.

16.2 The difference in value of the stock-takings at time of commencement and at the time of conclusion of Services to the Vessel in question shall be respectively credited or debited the Customer.

16.3 It is the responsibility of the master of the Vessel that the stock taking is carried out in accordance with the principles in this clause. Garrets may after receiving the result of the stock-taking carry out random spot check on the stock level of vessels anywhere the vessels are positioned.

16.4 The valuation of the stock at commencement shall be calculated as the average price for each recorded item according to Garrets' current product list in the ports of Singapore and Rotterdam at the time of the stock-taking. Items on stock not featured in the product list of Garrets shall be priced as the average price of substitutable products in the before mentioned product lists. Opening stocks are referred to in "Appendix C"

16.5 To be accounted for at commencement the stocks shall have a minimum remaining shelf life at the stock-taking as follows:

Biscuits and cookies: 3 months

Long-life canned goods: 6 months

Medium life canned goods: 3 months

Breakfast cereals: 3 months

Frozen products: 6 months

Chilled goods: 50% of shelf life

16.6 The valuation of the stock at the point of exit shall be in accordance with the Garrets current stock list value at any given point of time onboard provided through the ordering system. The value will be be based on average prices per item using past purchases.

16.7 In the event a vessel enters the agreement with "0" Stock, the initial storing will be invoiced to the customer separately before entering the agreement.

## 17. STOCK POLICY

17.1 The Vessels shall apply the "First in First Out" principle for consuming the provisions. Spoilage due to shelf life becoming exceeded while provisions are at stock at the Vessel is the risk of the Customer.

17.2 Any condemnation and/or spoilage is for the account of the Customer and will be invoiced separately based on the reports from the vessels.

17.2 The master of the Vessel shall be responsible for the performance of a stock-taking at the end of each month, the result of which shall be sent to Garrets no later than the 2nd in the following month. The Stock status shall be reported using the format provided by Garrets at any given time.

## 18. STORAGE ROOM AND FACILITIES

18.1 The Customer shall at its own account at all times provide sufficient and suitable storage facilities for the provision onboard the Vessels. The Customer is responsible for maintenance and service of refrigerators and freezers as well as other storage and preparation facilities used for provisions, and shall keep such in good, safe and hygienic order.

## 19. 24/7 HOT LINE

19.1 Garrets provides a 24/7 Hot-line service under the Agreement. Contact details are listed in Appendix A.

## 20. GTC

20.1 The General Terms and Conditions of Garrets International attached hereto as Appendix E shall apply between the Parties and shall be an integrated part of this Agreement.

## 21. ORDER OF PRECEDENCE

21.1 In the event of any conflict between the documents mentioned in the Agreement, the documents shall prevail in the following order:

1) Appendix C – Vessels Data

2) The Agreement

3) Appendix E - General Terms and Conditions of Garrets International

## 22. CONFIDENTIALITY

22.1 The contents of the Agreement and any information exchanged between the Parties during the cooperation under the Agreement shall remain confidential to the Parties and shall not be communicated in any form to any third party unless necessary in order to carry out rights and obligations under it.

## 23. HEADINGS

23.1 THE HEADINGS OF SECTIONS IN THE AGREEMENT ARE PROVIDED FOR CONVENIENCE ONLY AND SHALL NOT AFFECT THE AGREEMENT'S CONSTRUCTION OR INTERPRETATION. 24. SIGNATURES

For and on behalf of

**Gulf Marine International LTD**

Date: 11 November 2021

Aristeidis Pechlivanidis
Technical Manager

[Customer's name]

Date:

[NAME]
[TITLE]

For and on behalf of

**Garrets International A/S**

Date: 12-11-2021

Mogens Thyssen
Sales Director

**Garrets International A/S**

Date: 14-11-2021

Stanley Morrice
Managing Director

---

### LIST OF APPENDIXES

Appendix A — Key Contact Information

Appendix B — Performance Track Record

Appendix C — Vessels Data

Appendix D — Area Price Index

Appendix E — General Terms and Conditions of Garrets International

Appendix F — Invoicing Process

7

