

# STORES MANAGEMENT AGREEMENT

BETWEEN

GULF MARINE INTERNATIONAL LTD

10, Agiou, Konstantinou Str.

Maroussi, Athens 151, 24

Greece

&

Garrets International A/S

Stigsborgvej 60

9400 Noerresundby

Denmark



EXHIBIT B

# TABLE OF CONTENTS

Table of Contents ................................................................................................................................ 1
1. The Parties .................................................................................................................................. 1
2. Objectives ................................................................................................................................... 1
3. Term ........................................................................................................................................... 2
4. Nominated vessels ..................................................................................................................... 2
5. Budgeting and budget deviations .............................................................................................. 2
6. Termination during a Budget Period ......................................................................................... 3
7. Pricing, invoicing and payment terms ....................................................................................... 3
8. Ordering, substitution, and quality ........................................................................................... 4
9. Special requirements for Delivery ............................................................................................. 4
11. Sub-suppliers .............................................................................................................................. 4
12. 24/7 hot line ............................................................................................................................... 4
13. GTC ............................................................................................................................................. 4
14. Order of precedence .................................................................................................................. 5
15. Confidentiality ............................................................................................................................ 5
16. Headings ..................................................................................................................................... 5
17. Signatures ................................................................................................................................... 6
List of appendixes ............................................................................................................................... 6

1.  THE PARTIES

1.1  This agreement (this/the "Agreement") has been made by and between the following parties:

**Garrets International A/S**
**Company reg. no. 10134188**
**Stigsborgvej 60**
**9400 Noerresundby**
**Denmark**

Hereinafter referred to as "Garrets" or a "Party".

And

**GULF MARINE INTERNATIONAL LTD**
**10, Agiou, Konstantinou Str.**
**Maroussi, Athens 151, 24**
**Greece**

Hereinafter referred to as the "Customer" or a "Party".

Together referred to as the "Parties".

1.2  Each Party has appointed key staff members as contact persons for communications related to this Agreement. Appendix A lists relevant information on the appointed key staff members.

2.  OBJECTIVES

2.1  The objective of this Agreement is for Garrets to provide supplies of stores with budget comfort and administration ease to the Customer (together the "Services").

2.2  Both Parties are committed to working closely together to maintain a business relationship that provides measurable benefits to both Parties. Competitive advantages shall be achieved and maintained through a process of continuous improvement and collaboration.

The Parties, agree to monitor and review operations, performance and compliance with agreed KPI's in order to ensure a satisfying cooperation as per below.

Reporting Quarterly

- Budget Performance
- Performance Report
- KPI Performance  (Appendix B)

1

Virtual Monthly follow up (only if there are issues on any of the below)

- Deviations to Assortment
- Quality
- Trading
- Payments

Virtual or Physical Performance Review Meetings (Bi-Annualy)
- Service reviews based on performance track record (Appendix B)
- Review of MoM & Actions
- Review Assortment & Categories
- Budget Performance
- Performance Report

## 3. TERM

3.1 The Agreement shall commence on **01/06/2022** and shall be in force until terminated by either Party with no less than with no less than 60 days' notice. Termination shall have effect from the end of the calendar year following the 60 days' notice.

Termination may be for the Agreement as a whole or partially for specific Vessels of the Customers fleet only.

3.2 In case of a specific Vessel being scrapped, sold or taken out of the Customer's fleet, notice hereof shall be given as early as possible. In no event shall the notice be less than 15 days with effect from the end of a month.

## 4. NOMINATED VESSELS

4.1 The vessels covered by this Agreement are listed in Appendix C (the "Vessels"). Appendix C shall be amended and adjusted by the Parties and/or in accordance with the provisions of this Agreement. Amendments and adjustments may be agreed with binding effect for the Parties by confirmations exchanged in writing (hereunder but not limited to the exchange of e-mails) between the relevant operational staff of the Parties. For each Vessel, Appendix C shall state 1) the commencement date; 2) the stores categories (the "Stores Categories") covered by the Agreement; 3) for each Stores Category which items are included (the "Items Assortment"); 4) the Budget; and 5) the trading pattern (the "Trading Pattern").

## 5. BUDGETING AND BUDGET DEVIATIONS

5.1 The Parties shall work together in good faith to create a realistic Budget for stores under the Stores Categories and Items Assortments for each Vessel covered by the Agreement and for the total expected spend of the Vessels combined. The Parties shall share their experiences and the Customer shall provide historical data related to consumption of stores which together with genuine estimates of future consumption shall be the basis for the initial Budget. When preparing following Budgets the actual purchases and consumption of stores during prior Budget Periods shall form the basis. The Budget shall include a description of the assumptions for the Budget.

5.2 The Budget period is a calendar year (the Budget Period) and the first Budget shall cover the period from commencement till the end of the calendar year in question. Four months prior to the end of a Budget Period the Parties shall initiate discussions to create the Budget for the following Budget Period.

5.3 No later than 30 working days following each quarter of the Budget Period, Garrets shall report to the Customer the actual spend compared to the budget. The reporting shall be in total for all the Vessels combined as well as specified for each Vessel in order to provide an insight of the spend.

5.4 At the end of the Budget Period, if the Budget is exceeded, the Customer shall cover the deviation which may be invoiced immediately hereafter.

5.5 The Parties recognize that the consumption of certain stores can change due to circumstances not taken sufficiently into account during budgeting hereunder but not limited to a need for stores occurring in a high price area, or changes in the activity of the Vessel e.g. docking. Override of the Budget on such grounds or due to any costs as described in clause C.1, C.2, and C.3 of the GTC shall be on account of the Customer without being taken into account when closing the Budget Period. If a Vessel changes the Trading Pattern of Appendix C to cover an area/areas with higher costs of Services, Garrets is entitled to adjust the Budget for such Vessel in accordance with the area price index in Appendix D or in its sole discretion choose to invoice to the Customer the lowest of 1) the difference of the budgeted index and the index of the area where the purchases took place multiplied by the actual costs or 2) the difference between the budgeted costs of the Services and the actual paid costs hereof.

6. TERMINATION DURING A BUDGET PERIOD

6.1 In case of a termination in accordance with Clause 3.2 regarding scrapped vessels having effect before the end of a Budget Period, the actual spendings and the Customer payments made to Garrets in that Budget Period up till the effective date of the termination shall be calculated. If the actual spendings exceed the payments made to Garrets, the difference shall be invoiced by Garrets to the Customer. In case of one ore more Vessels being sold or taken out of Customer's fleet, Customer may transfer this Agreement to the new owner regarding such Vessels, provided Garrets can approve such new owner as agreement party. Information about new owner must be given as early as possible. Garrets may reject a new owner in its sole discretion. In case the Agreement is not transferred to new owner, Customer will pay all outstanding amounts regarding such Vessels for the duration of the Budget Period.

7. PRICING, INVOICING AND PAYMENT TERMS

7.1 The Customer shall pre-pay the budgeted spend in monthly instalments. Purchases of items not included in the Items Assortment and services not included in the Budget shall be invoiced separately at the time of delivery.

7.2 Payments of any and all invoices shall be received by Garrets no later than **15 days** after the date of the invoice. Invoices shall be sent as PDF attachments by e-mail on the 15th of each month.

Payments shall be made in USD currency to the following bank account:

NORDEA BANK

Account no.: [5036 286 204]

IBAN [DK9020005036286204]

Late payments will be subject to interest being charged as per clause G3 in the General Terms and Conditions.

### 8. ORDERING, SUBSTITUTION, AND QUALITY

8.1 In situations where ordered Services are not available by reasonable means in a certain port the Parties will in cooperation find a reasonable and feasible alternative solution.

8.2 Garrets may substitute ordered items with suitable items of a similar type and may amend orders if necessary to meet the Budget. Prior to amending orders Garrets will engage in discussions with the relevant staff member of the Vessel in question. Garrets shall inform the Customer in case of disagreement between the crew of a Vessel and Garrets.

8.3 Any items delivered which are not included in the Items Assortment will be handled as single transactions. Such purchases are not included in the Budgets and will be invoiced separately

8.4 Garrets may require the Customer to report the stocks of items of the Items Assortment being on board the Vessels at any time reasonable.

8.5 Garrets will purchase and supply items of average marine quality unless else is agreed with the Customer hereunder if the Customer requests items of certain brands. Items shall be chosen based on best price taking all related costs into consideration.

8.6 The assortment agreed will form a fixed list of items that can be purchased against the budget paid to Garrets. Garrets accepts minor variances, such as colors, watt etc. Any requests for goods outside the preagreed assortment will be handled under the category "STORES DIRECT" and paid and reported separately from the budget. Any requirements to add/remove items or categories of the agreed assortment will be done when reviewing at the agreed frequence mentioned in clause 2 Objectives.

### 9. SPECIAL REQUIREMENTS FOR DELIVERY

9.1 Any special requirements for delivery to certain Vessels are subject to agreement and shall be recorded in Appendix C.

### 11. SUB-SUPPLIERS

11.1 All Sevices shall be supplied by Garrets via sub-suppliers. In the event sub-suppliers are designated by the Customer and such are not audited and pre-approved by Garrets, Garrets shall not be held liable in any way whatsoever related to the delivery in question unless the loss of the Customer in such respect is due to faults or omissions of Garrets.

### 12. 24/7 HOT LINE

12.1 Garrets provides a 24/7 Hot-line service under the Agreement. Contact details are listed in Appendix A.

### 13. GTC

4

13.1 The General Terms and Conditions of Garrets International (the "GTC") attached hereto as <u>Appendix E</u> shall apply between the Parties and shall be seen as an integrated part of this Agreement.

## 14. ORDER OF PRECEDENCE

14.1 In the event of any conflict between the documents mentioned in the Agreement, the documents shall prevail in the following order:

1) Appendix C – Vessels, Items Assortment and Budgets

2) The Agreement

3) Appendix E - General Terms and Conditions of Garrets International

## 15. CONFIDENTIALITY

15.1 The contents of the Agreement and any information exchanged between the Parties during the cooperation under the Agreement shall remain confidential to the Parties and shall not be communicated in any form to any third party unless necessary in order to carry out rights and obligations under it.

## 16. HEADINGS

16.1 The headings of sections in the Agreement are provided for convenience only and shall not affect the Agreement's construction or interpretation.

17. SIGNATURES

For and on behalf of

**GULF MARINE INTERNATIONAL LTD**

Date:

[NAME]   Aristeidis Pechlivanidis
[TITLE]   Technical Manager

For and on behalf of

**Garrets International A/S**

Date:   24-06-2022

Mogens Thyssen
Sales Director

**Garrets International A/S**

Date:   24-06-22

Lars Bomholt
Managing Director

LIST OF APPENDIXES

Appendix A  —  Key Contact Information
Appendix B  —  Performance Track Record
Appendix C  —  Vessels Data
Appendix D  —  Area Price Index
Appendix E  —  General Terms and Conditions of Garrets International
Appendix F  -  Agreed assortment.

6