# Invoice

**Garrets** ⭐

**HORUS**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**HORUS SHIPPING COMPANY LTD**
TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO MH-96960
MARSHALL ISLANDS
VAT:MH REG. NO. 113986

| | |
|---|---|
| **Invoice ID**: | sca-0181851 |
| **IMO**: | 9635690 |
| **Invoice Date**: | 15 Jan 2025 |
| **Page**: | Page 1 of 1 |
| **Our reference:** | Princess Tagumpay |
| **Account No.:** | 2389432 |
| **Due date**: | 01 Mar 2025 |

**Customer requisition**:
**Customer reference**:   STORES MONTHLY RATE 2025_02

**Delivery date**:   1 Feb 2025

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|------|-----------|------------------|------|-------------|-----------|--------|
| 1.00 | | 1.00 | . | DECK STORES | 1,458.33 | 1,458.33 |
| 2.00 | | 1.00 | . | ENGINE STORES | 1,458.33 | 1,458.33 |
| 3.00 | | 1.00 | . | ROPE | 416.67 | 416.67 |
| 4.00 | | 1.00 | . | ELECTRICAL STORES | 416.67 | 416.67 |
| 5.00 | | 1.00 | . | STATIONARY | 333.33 | 333.33 |
| 6.00 | | 1.00 | . | GALLEY | 666.67 | 666.67 |
| 7.00 | | 1.00 | . | NONE | 83.33 | 83.33 |

| | | |
|---|---|---|
| **Subtotal** | | 4,833.33 |
| **Invoice amount USD** | | 4,833.33 |

EXHIBIT
**D**

Please ensure all invoices are paid by the agreed due date in order to maintain credit terms.  Also, kindly be advised that in the event that your payment is not received on the agreed due date, we are entitled to interest according to our standard terms.
**TERMS AND CONDITIONS OF SALE**- All quotes, offers, agreements and deliveries of goods and/or services  are governed by Seller´s General Terms and Conditions of Sale to be found at https://www.wrist.com/download/general_sales_terms/terms_conditions.pdf. By placing an order you warrant that the goods supplied will not be utilized in connection with voyages or actions in violation of any applicable trade sanctions or import/export controls



bsi. ISO 9001:2015 Quality Management

Certificate No. FS51942

# Invoice

**Garrets**

**HORUS**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**HORUS SHIPPING COMPANY LTD**
TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO MH-96960
MARSHALL ISLANDS
VAT:MH REG. NO. 113986

| | |
|---|---|
| **Invoice ID**: | sca-0183066 |
| **IMO**: | 9635690 |
| **Invoice Date**: | 03 Feb 2025 |
| **Page**: | Page 1 of 1 |
| **Our reference:** | Tinna Søndergaard |
| **Account No.:** | 2389432 |
| **Due date**: | 20 Mar 2025 |

**Customer requisition**:
**Customer reference**:   MONTHLY RATE 2025_03

**Delivery date**:   1 Mar 2025

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 713.00 | . | HORUS MONTHLY RATE (PROVISION) 31,00 DAYS X 23 CREW | 10.00 | 7,130.00 |

| | |
|---|---|
| **Subtotal** | 7,130.00 |
| **Invoice amount USD** | 7,130.00 |

Please ensure all invoices are paid by the agreed due date in order to maintain credit terms.  Also, kindly be advised that in the event that your payment is not received on the agreed due date, we are entitled to interest according to our standard terms.
**TERMS AND CONDITIONS OF SALE**- All quotes, offers, agreements and deliveries of goods and/or services  are governed by Seller´s General Terms and Conditions of Sale to be found at https://www.wrist.com/download/general_sales_terms/terms_conditions.pdf. By placing an order you warrant that the goods supplied will not be utilized in connection with voyages or actions in violation of any applicable trade sanctions or import/export controls

bsi. ISO 9001:2015 Quality Management
Certificate No. FS51942

Garrets International A/S I Stigsborgvej 60, DK-9400 Noerresundby I Tel: +45 7219 0091 I Fax: +45 9864 8405 I E-mail: accountsreceivable@garrets.com
VAT No.: DK10134188 I Nordea Bank: 2149 5036286204 USD I IBAN: DK 9020005036286204 I SWIFT: NDEADKKK

# Invoice

**Garrets**

**HORUS**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**HORUS SHIPPING COMPANY LTD**
TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO MH-96960
MARSHALL ISLANDS
VAT:MH REG. NO. 113986

| | |
|---|---|
| **Invoice ID**: | sca-0183764 |
| **IMO**: | 9635690 |
| **Invoice Date**: | 17 Feb 2025 |
| **Page**: | Page 1 of 1 |
| **Our reference:** | Princess Tagumpay |
| **Account No.:** | 2389432 |
| **Due date**: | 03 Apr 2025 |

**Customer requisition**:
**Customer reference**:   STORES MONTHLY RATE 2025_03

**Delivery date**:   1 Mar 2025

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|------|-----------|------------------|------|-------------|------------|--------|
| 1.00 | | 1.00 | . | DECK STORES | 1,458.34 | 1,458.34 |
| 2.00 | | 1.00 | . | ENGINE STORES | 1,458.34 | 1,458.34 |
| 3.00 | | 1.00 | . | ROPE | 416.66 | 416.66 |
| 4.00 | | 1.00 | . | ELECTRICAL STORES | 416.66 | 416.66 |
| 5.00 | | 1.00 | . | STATIONARY | 333.34 | 333.34 |
| 6.00 | | 1.00 | . | GALLEY | 666.66 | 666.66 |
| 7.00 | | 1.00 | . | NONE | 83.34 | 83.34 |

| | |
|---|---|
| **Subtotal** | 4,833.34 |
| **Invoice amount USD** | 4,833.34 |

Please ensure all invoices are paid by the agreed due date in order to maintain credit terms.  Also, kindly be advised that in the event that your payment is not received on the agreed due date, we are entitled to interest according to our standard terms.
**TERMS AND CONDITIONS OF SALE**- All quotes, offers, agreements and deliveries of goods and/or services  are governed by Seller´s General Terms and Conditions of Sale to be found at https://www.wrist.com/download/general_sales_terms/terms_conditions.pdf. By placing an order you warrant that the goods supplied will not be utilized in connection with voyages or actions in violation of any applicable trade sanctions or import/export controls

bsi. ISO 9001:2015 Quality Management
Certificate No. FS51942

Garrets International A/S I Stigsborgvej 60, DK-9400 Noerresundby I Tel: +45 7219 0091 I Fax: +45 9864 8405 I E–mail: accountsreceivable@garrets.com
VAT No.: DK10134188 I Nordea Bank: 2149 5036286204 USD I IBAN: DK 9020005036286204 I SWIFT: NDEADKKK

# Invoice

**Garrets**

**HORUS**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**HORUS SHIPPING COMPANY LTD**
TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO MH-96960
MARSHALL ISLANDS
VAT:MH REG. NO. 113986

| | |
|---|---|
| **Invoice ID**: | sca-0184478 |
| **IMO**: | 9635690 |
| **Invoice Date**: | 03 Mar 2025 |
| **Page**: | Page 1 of 1 |
| **Our reference:** | Tinna Søndergaard |
| **Account No.:** | 2389432 |
| **Due date**: | 17 Apr 2025 |

**Customer requisition**:
**Customer reference**:   MONTHLY RATE 2025_04

**Delivery date**:  1 Apr 2025

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 690.00 | . | HORUS<br>MONTHLY RATE (PROVISION)<br>30,00 DAYS X 23 CREW | 10.00 | 6,900.00 |

| | |
|---|---|
| **Subtotal** | 6,900.00 |
| **Invoice amount USD** | 6,900.00 |

Please ensure all invoices are paid by the agreed due date in order to maintain credit terms.  Also, kindly be advised that in the event that your payment is not received on the agreed due date, we are entitled to interest according to our standard terms.
**TERMS AND CONDITIONS OF SALE**- All quotes, offers, agreements and deliveries of goods and/or services  are governed by Seller´s General Terms and Conditions of Sale to be found at https://www.wrist.com/download/general_sales_terms/terms_conditions.pdf. By placing an order you warrant that the goods supplied will not be utilized in connection with voyages or actions in violation of any applicable trade sanctions or import/export controls

bsi. ISO 9001:2015 Quality Management
Certificate No. FS51942

Garrets International A/S I Stigsborgvej 60, DK-9400 Noerresundby I Tel: +45 7219 0091 I Fax: +45 9864 8405 I E-mail: accountsreceivable@garrets.com
VAT No.: DK10134188 I Nordea Bank: 2149 5036286204 USD I IBAN: DK 9020005036286204 I SWIFT: NDEADKKK

# Invoice

**Garrets**

**MOON**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**HORUS SHIPPING COMPANY LTD**
TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO MH-96960
MARSHALL ISLANDS
VAT:MH REG. NO. 113986

| | |
|---|---|
| **Invoice ID**: | sca-0202828 |
| **IMO**: | 9635690 |
| **Invoice Date**: | 26 Feb 2026 |
| **Page**: | Page 1 of 1 |
| **Our reference**: | Tinna Søndergaard |
| **Account No.**: | 2389432 |
| **Due date**: | 26 Feb 2026 |

**Customer requisition**:
**Customer reference**:   CLOSING OF STOCK - 31-01-2025

**Delivery date**:   31 Jan 2025

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 1.00 | . | CLOSING OF STOCK - BALANCING STOCK | 13,705.73 | 13,705.73 |

| | | |
|---|---|---|
| | **Subtotal** | 13,705.73 |
| | **Invoice amount USD** | 13,705.73 |

Please ensure all invoices are paid by the agreed due date in order to maintain credit terms.  Also, kindly be advised that in the event that your payment is not received on the agreed due date, we are entitled to interest according to our standard terms.
**TERMS AND CONDITIONS OF SALE**- All quotes, offers, agreements and deliveries of goods and/or services  are governed by Seller´s General Terms and Conditions of Sale to be found at https://www.wrist.com/download/general_sales_terms/terms_conditions.pdf. By placing an order you warrant that the goods supplied will not be utilized in connection with voyages or actions in violation of any applicable trade sanctions or import/export controls

bsi. ISO 9001:2015 Quality Management
Certificate No. FS51942

Garrets International A/S l Stigsborgvej 60, DK-9400 Noerresundby l Tel: +45 7219 0091 l Fax: +45 9864 8405 l E-mail: accountsreceivable@garrets.com
VAT No.: DK10134188 l Danske Bank: 3100 3124929784 USD l IBAN: DK 4830003124929784 l SWIFT: DABADKKK