

M/V Horus
Horus Shipping Company Ltd.
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro -
Marshall Islands MH96960
Marshall Islands

Reg. no.17.543
Chartering - Clearance - Lineagents
Shipowners - Stevedoring

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. : 100-160207 | | Our ref. : 100-010458 / EWPA | | Date of Invoice : 28-11-2024 | |
| Ship Name : HORUS | | Position. : SKAGEN ROADS | | | |
| Customer No. : 33167 | | Your ref. : | | Date of supply : 17-11-2024 | |
| Quality/description | | Quantity Supplied | Price/per | VAT amoun | Invoice amount |

M/V HORUS

SKAGEN ROADS 17-11-2024
OFFSIGNERS

| Quality/description | Quantity | Price/per | VAT amoun | Invoice amount |
|---|---|---|---|---|
| Aalborg Airport Hotel - inv.no.: 305697 | 1 | 4.953,60 | 1238,40 | 4.953,60 |
| Taxa 17120561 | 1 | 2.250,00 | | 2.250,00 |
| Attendance fee | 1 | 3.355,00 | | 3.355,00 |
| Phone, fax, inmarsat comm.. | 1 | 415,00 | | 415,00 |
| Schengen fee | 3 | 590,00 | | 1.770,00 |
| Sign on/off borderpolice | 1 | 50,00 | | 50,00 |
| | | Total DKK Excl. VAT | | 12.793,60 |
| | | VAT Amoun | | 1.238,40 |
| | | Total DKK | | 14.032,00 |



DUE ON 10-12-2024 AT THE LATEST
Late payment is charged with an interest of the invoice amount of 2% PCM
BANK DETAILS: See below details



Saga Shipping A/S * Oliekajen 7 * 9990 Skagen * * Denmark
Phone +45 9844 3311  * www.saga-shipping.dk
E-mail accounts@saga-shipping.dk * VAT/CVR-No. 43109715
Sparekassen Danmark  ** DK-9990 Skagen * Swiftcode VRSPDK22
Account: 9070-1643014919 * IBAN DK2490701643014919



Page 1 of 1

Members of Danish Shipbrokers' Association and Danish Stevedore Association



M/V Horus
Horus Shipping Company Ltd.
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro -
Marshall Islands MH96960
Marshall Islands

Reg. no.17.543
Chartering - Clearance - Lineagents
Shipowners - Stevedoring

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. : 100-160602 | | Our ref. : 100-010548 / EWPA | | | |
| Ship Name : HORUS | | Position. : SKAGEN ROADS | | Date of Invoice : 20-12-2024 | |
| Customer No. : 33167 | | Your ref. : | | Date of supply : 08-12-2024 | |
| Quality/description | | Quantity Supplied | Price/per | VAT amoun | Invoice amount |

M/V HORUS

SKAGEN ROADS 08-12-2024
CREW CHANGE

| Quality/description | Quantity Supplied | Price/per | VAT amoun | Invoice amount |
|---|---|---|---|---|
| Saga Off Shore - inv.no.: 100-160383 | 1 | 5.575,00 | | 5.575,00 |
| Aalborg Airport Hotel - inv.no.: 305899 | 1 | 4.496,00 | 1124,00 | 4.496,00 |
| Pier5 hotel inv 504837 | 1 | 10.622,40 | 2655,60 | 10.622,40 |
| Skagen Harbour Hotel inv. 46622 | 1 | 6.647,20 | 1661,80 | 6.647,20 |
| Taxa 17121526 | 1 | 2.700,00 | | 2.700,00 |
| Taxa 17121529 | 1 | 450,00 | | 450,00 |
| Taxa 17121531 | 1 | 1.800,00 | | 1.800,00 |
| Taxa 17121533 | 1 | 650,00 | | 650,00 |
| Attendance fee | 1 | 4.525,00 | | 4.525,00 |
| Phone, fax, inmarsat comm.. | 1 | 615,00 | | 615,00 |
| Schengen fee | 8 | 590,00 | | 4.720,00 |

|  |  |
|---|---|
| Total DKK Excl. VAT | 42.800,60 |
| VAT Amoun | 5.441,40 |
| Total DKK | 48.242,00 |

**DUE ON 10-01-2025 AT THE LATEST**
Late payment is charged with an interest of the invoice amount of 2% PCM
**BANK DETAILS: See below details**



Saga Shipping A/S * Oliekajen 7 * 9990 Skagen * * Denmark
Phone +45 9844 3311   * www.saga-shipping.dk
E-mail accounts@saga-shipping.dk * VAT/CVR-No. 43109715
Sparekassen Danmark  ** DK-9990 Skagen * Swiftcode VRSPDK22
Account: 9070-1643014919 * IBAN DK2490701643014919



Page 1 of 1

Members of Danish Shipbrokers' Association and Danish Stevedore Association

M/V Horus  
Horus Shipping Company Ltd.  
Trust Company Complex  
Ajeltake Road, Ajeltake Island  
Majuro -  
Marshall Islands MH96960  
Marshall Islands



**Saga Shipping A/S**

Reg. no.17.543  
Chartering - Clearance - Lineagents  
Shipowners - Stevedoring

| | | |
|---|---|---|
| Invoice No. : 100-161234 | Our ref. : 100-010625 / EWPA | |
| Ship Name : HORUS | Position. : SKAGEN ROADS | Date of Invoice : 21-01-2025 |
| Customer No. : 33167 | Your ref. : | Date of supply : 12-12-2024 |

| Quality/description | Quantily Supplied | Price/per | Invoice amount |
|---|---|---|---|
| M/V HORUS | | | |
| SKAGEN ROADS 08-12-2024 CREW CHANGE | | | |
| Customs Papers to Invoice No. 100-160602: | 1 | 265,00 | 265,00 |
| | | Total DKK Excl. VAT | 265,00 |
| | | VAT Amoun | 0,00 |
| | | **Total DKK** | **265,00** |

## DUE ON 10-02-2025 AT THE LATEST
Late payment is charged with an interest of the invoice amount of 2% PCM  
**BANK DETAILS: See below details**



Saga Shipping A/S * Oliekajen 7 * 9990 Skagen *  * Denmark  
Phone +45 9844 3311   * www.saga-shipping.dk  
E-mail accounts@saga-shipping.dk * VAT/CVR-No. 43109715  
Sparekassen Danmark  ** DK-9990 Skagen * Swiftcode VRSPDK22  
Account: 9070-1643014919 * IBAN DK2490701643014919



Page 1 of 1

Members of Danish Shipbrokers' Association and Danish Stevedore Association

## Claus Erik Mortensen

**From:** Claus Mortensen <ext.cem@wrist.com>
**Sent:** Tuesday, 24 February 2026 10.05
**To:** Claus Erik Mortensen
**Subject:** FW: Gulf Marine - urgent
**Attachments:** RE: Statement for settlement - Deb no: 33167

**From:** Sanne W. Nielsen <sani@saga-shipping.dk>
**Sent:** 24. februar 2026 09:54
**To:** Charlotte Rasmussen <chra@wrist.com>
**Cc:** Claus Mortensen <ext.cem@wrist.com>
**Subject:** Re: Gulf Marine - urgent

Hej Claus,

Du får fakturabeløbene på Horos bådene her. En af dem, er nemlig del betalt.

100-161234 DKK     265,00
100-160602 DKK 15.246,67 ( Delbetalt d. 1/6-25 DKK 32.995,33 se vedhæftet bilag)
100-160207 DKK 14.032,00
           DKK 29.543,67

Med venlig hilsen / Best regards

Ms Sanne W. Nielsen
Accountant

Saga Shipping A/S
(AS AGENTS ONLY)

Oliekajen 7
DK-9990 Skagen

Tlf:   +45 9844 3311 (24 hrs service)
Mail:  saga@saga-shipping.dk
Web:   www.saga-shipping.dk

**RELIABILITY AND SERVICE AROUND THE CLOCK**
WE EXPECT YOU COMPLY WITH ALL APPLICABLE SANCTIONS AND EXPORT CONTROL REGULATIONS. IT IS COMPULSORY TO INFORM SAGA SHIPPING IMMEDIATELY IN CASE CARGO IS PROHIBITED UNDER CURRENT EU (OR OTHER APPLICABLE) SANCTIONS OR EXPORT CONTROL

"At Saga Shipping we respect the privacy of our customers, suppliers, employees and any other person with whom we communicate. Personal information included in your e-mail will solely be processed in accordance with our Privacy Policy available here."
"Should you choose to engage Saga Shipping as an agent for your vessel, please be aware that Saga Shipping may process personal data on your behalf. In such cases, Saga Shipping acts solely as processors, subject to and in accordance with the data processing agreement available here. You will remain solely responsible for such data."
Our offshore locations are strategic positioned at the major sea-routes in Denmark: Skaw (off Skagen), Great Belt (off Kalundborg) and The Sound (off Copenhagen)  - Refer to Saga Shipping's web-site www.saga-shipping.dk for further details.
Please consider the environment before printing this e-mail.
Terms of Business: