IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                        Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

### *EX PARTE* MOTION FOR AN ORDER DIRECTING ISSUANCE OF WARRANT IN *REM* FOR ARREST OF M/V MOON (IMO 9635690)

NOW COME, Plaintiffs Garrets International A/S ("Garrets") and Saga Shipping A/S ("Saga") (collectively, "Plaintiffs"), and move pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") for an *ex parte* order directing the Clerk of Court to issue a warrant for the arrest of the defendant, M/V MOON, IMO Number 9635690 (ex HORUS), her engines, tackle, equipment, appurtenances, etc. (the "Vessel"), and avers as follows:

1.    Plaintiffs have filed a Verified Complaint against the Vessel *in rem* asserting maritime liens for necessaries supplied to the Vessel.

2.    As set forth in the Verified Complaint, Garrets supplied provisions, ship stores, and crew provisioning services to the Vessel pursuant to agreements with the Vessel's operator and/or manager.

3. The Verified Complaint further alleges that Saga supplied maritime agency services and crew logistics services for the benefit of the Vessel, including crew change coordination, transportation, accommodations, communications services, and related documentation services.

4. These goods and services constitute "necessaries" within the meaning of 46 U.S.C. § 31301(4) because they were provided for the operation, maintenance, and support of the Vessel and its crew.

5. The necessaries were supplied to the Vessel at the request of the Vessel's owner, operator, manager, charterer, and/or their authorized agents, including Gulf Marine International Ltd., a person entrusted with the management of the Vessel within the meaning of 46 U.S.C. § 31341.

6. As alleged in the Verified Complaint, the aggregate outstanding principal amount presently due and owing to Plaintiffs for necessaries supplied to the Vessel is $ 59,677.83, exclusive of interest, attorneys' fees, and costs.

7. The Verified Complaint further alleges that the Vessel is presently within this District or will be within this District during the pendency of this action, and is therefore subject to the jurisdiction of this Court.

8. Per 46 U.S.C. § 31342(a)(1)-(2), Plaintiffs, as providers of necessaries to the Vessel on the order of the owner or a person authorized by the owner under 46 U.S.C. § 31341, have a maritime lien on the Vessel and may bring this civil action *in rem* in order to enforce their maritime lien for necessaries. ("[A] person providing necessaries to a vessel on the order of the owner or a person authorized by the owner -- (1) has a maritime lien on the vessel; (2) may bring a civil action in rem to enforce the lien…")

10. When a Verified Complaint is filed to enforce a maritime lien,

> The court must review the complaint and any supporting papers. If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action.

Supplemental Rule C(3)(a)(i).

11. The conditions for an *in rem* action having been met, Plaintiffs respectfully request that an Order be entered directing the Clerk of Court to issue an *in rem* warrant for the arrest of the Vessel.

Plaintiffs attach hereto a proposed Order and Warrant for Arrest *in rem* for the Court's consideration.

Dated: March 2, 2026                Respectfully submitted,

**GARRETS INTERNATIONAL A/S,**
**and**
**SAGA SHIPPING A/S**

　　　*/s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
R. Paul DeRosa, Esquire (VSB No. 100392)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
rpderosa@cwm-law.com
*Counsel for Plaintiffs*

3