IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                        Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James L. Chapman, IV, an attorney with the law firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, hereby enters an appearance on behalf of plaintiffs, Garrets International A/S and Saga Shipping A/S.

This 2nd day of March 2026.

                                    Respectfully submitted,

                                    **GARRETS INTERNATIONAL A/S,**
                                    **and**
                                    **SAGA SHIPPING A/S**

                                      */s/ James L. Chapman, IV*
                                  James L. Chapman, IV, Esquire (VSB No. 21983)
                                  K. Barrett Luxhoj, Esquire (VSB No. 86302)
                                  R. Paul DeRosa, Esquire (VSB No. 100392)
                                  CRENSHAW, WARE & MARTIN, PLC.
                                  150 West Main Street, Suite 1923
                                  Norfolk, Virginia 23510

        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        kbluxhoj@cwm-law.com
        rpderosa@cwm-law.com
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ James L. Chapman, IV*
        James L. Chapman, IV, Esquire (VSB No. 21983)
        K. Barrett Luxhoj, Esquire (VSB No. 86302)
        R. Paul DeRosa, Esquire (VSB No. 100392)
        CRENSHAW, WARE & MARTIN, PLC.
        150 West Main Street, Suite 1923
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        kbluxhoj@cwm-law.com
        rpderosa@cwm-law.com
        *Counsel for Plaintiffs*