IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                        Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

## *EX PARTE* MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

NOW COME, Plaintiffs Garrets International A/S ("Garrets") and Saga Shipping A/S ("Saga") (collectively, "Plaintiffs"), and move, pursuant to Rule E(4) of the Supplemental Rules for Admiralty and Asset Forfeiture Actions, to appoint National Maritime Services as substitute custodian of the *in rem* defendant, M/V MOON, IMO Number 9635690 (ex HORUS), her engines, tackle, equipment, appurtenances, etc., and in support of this Motion, through the undersigned attorney, Plaintiffs represents the following:

      1.      On March 2, 2026, Plaintiff initiated the above-action against the M/V MOON, IMO Number 9635690 (ex HORUS), her engines, tackle, equipment, appurtenances, etc. (the "Vessel"), *in rem*.

2. Plaintiffs have requested the Clerk of this Court to issue a Warrant of Arrest *in rem* for the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain same in his custody pending further Order from this Court.

3. It is expected that after the issuance of the Warrant of Arrest, the Marshal will take steps to immediately seize the Vessel.

4. The United States Marshals Service typically requires persons seeking to arrest a vessel to make arrangements for a substitute custodian of the Vessel immediately following arrest.

5. The Vessel is currently anchored in the Chesapeake Bay off the United States East Coast. Upon information and belief, the Vessel is expected to proceed within the next several days to the Port of Newport News, Virginia, where it will berth at Dominion Terminal Associates for cargo operations, including the loading of coal. Subject to the approval of the Court, the substitute custodian is prepared to provide security, wharfage, and routine services for the safekeeping of the Vessel at a cost substantially less than that presently required by the Marshal. The substitute custodian has also agreed to continue to provide these services pending further order of this Court.

6. The substitute custodian has adequate facilities for the care, maintenance, and security of the Vessel.

7. Plaintiffs will furnish a security deposit to the United States Marshals Service in the amount required.

8. In accordance with the custom and practice of this Court, it is requested that the substitute custodian be granted authority to move the Vessel and shift berths, with the permission

of the United States Marshal, so long as it stays within this District and within the jurisdiction of this Honorable Court.

8. Plaintiffs agree to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel, from the time the Marshal transfers custody of Vessel to the substitute custodian, and further agrees to indemnify and hold the United States Marshal harmless from any and all claims whatsoever arising out of the substitutes custodian's possession and safekeeping of the Vessel.

WHEREFORE, Plaintiffs Garrets International A/S and Saga Shipping A/S, respectfully requests this Court issue an Order appointing it as substitute custodian of the M/V MOON (IMO Number 9635690) and permitting the Vessel to be moved, with the permission of the United States Marshals Service, so long as it stays within the jurisdiction of this Court.

This 4th day of March 2026.

Respectfully submitted,

**GARRETS INTERNATIONAL A/S,**
**and**
**SAGA SHIPPING A/S**

    /s/ K. Barrett Luxhoj
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
R. Paul DeRosa, Esquire (VSB No. 100392)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
rpderosa@cwm-law.com
*Counsel for Plaintiffs*