IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                     Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

**CONSENT AND INDEMNIFICATION AGREEMENT**
**<u>FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN</u>**

      Plaintiffs, Garrets International A/S and Saga Shipping A/S (collectively, "Plaintiffs"), by the undersigned attorney hereby expressly release the U.S. Marshal for this district, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the M/V MOON, IMO Number 9635690 (ex HORUS), her engines, tackle, equipment, appurtenances, etc., while in the hands of the Substitute Custodian.

      Plaintiffs also expressly agree to hold the U.S. Marshal for this district, and the U.S. Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

      As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiffs to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiffs.

1

This 4th day of March 2026.

                    Respectfully submitted,

**GARRETS INTERNATIONAL A/S,**
**and**
**SAGA SHIPPING A/S**

          */s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
R. Paul DeRosa, Esquire (VSB No. 100392)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
rpderosa@cwm-law.com
*Counsel for Plaintiffs*