IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                      Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

**ORDER DIRECTING THE ISSUANCE
OF THE WARRANT OF ARREST**

    Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule (c) of the Eastern District of Virginia, the Clerk is directed to issue a Warrant of Arrest in the above-styled action.

    DONE AND ORDERED at Norfolk, Virginia, this 3rd day of March, 2026.

*Arenda L. Wright Allen*
ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 5, 2026