IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

   vs.                               Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem*,

      Defendant.

**WARRANT FOR ARREST *IN REM***

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA:

     In the name of the United States District Court for the Eastern District of Virginia, you are commanded to arrest the defendant vessel, the M/V MOON, IMO Number 9635690, (ex HORUS) her engines, tackle, equipment, appurtenances, etc. (the "Vessel"), and to detain the Vessel in your custody pending further order of the Court.

     YOU ARE HEREBY further commanded to serve a copy of the Original Verified Complaint, the Order Authorizing the Issuance of Warrant of Arrest, and this Warrant on the person in possession of the Vessel or its agents, and promptly return your writ.

     The Vessel may continue to load and/or unload and/or shift berths or anchorage areas while under seizure, all at the risk of the Vessel's interests, but always within the Eastern District of Virginia and subject to the Court's jurisdiction.

ORDERED in Norfolk, Virginia, this 5th day of March, 2026.

CLERK OF COURT

By: _____
Deputy Clerk
United States District Court for the
Eastern District of Virginia