IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

GARRETS INTERNATIONAL A/S,

and

SAGA SHIPPING A/S,

      Plaintiffs,

vs.                                  Civil No.: 2:26-cv-00205

M/V MOON, IMO Number 9635690,
(ex HORUS) her engines, tackle, equipment,
appurtenances, etc., *in rem,*

      Defendant.

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that Plaintiffs Garrets International A/S and Saga Shipping A/S (collectively, "Plaintiffs") file this Notice of Voluntary Dismissal with Prejudice in the above referenced action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No answer or motion for summary judgment has been served in this action.

Plaintiffs and Defendant M/V MOON, IMO Number 9635690 (ex HORUS), her engines, tackle, equipment, appurtenances, etc., *in rem* ("M/V MOON") have settled all matters between them. Plaintiffs hereby voluntarily dismiss all claims against the M/V MOON, **with prejudice**. Each party shall bear its own costs, fees, and expenses.

This 6th day of March 2026.

1

Respectfully submitted,

**GARRETS INTERNATIONAL A/S,**
**and**
**SAGA SHIPPING A/S**

    */s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
R. Paul DeRosa, Esquire (VSB No. 100392)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
rpderosa@cwm-law.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire (VSB No. 21983)
K. Barrett Luxhoj, Esquire (VSB No. 86302)
R. Paul DeRosa, Esquire (VSB No. 100392)
CRENSHAW, WARE & MARTIN, PLC.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
rpderosa@cwm-law.com
*Counsel for Plaintiffs*