**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Garrets International A/S & Saga Shipping A/S | 2:26-cv-00205 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V MOON, IMO Number 9635690 (ex HORUS), in rem | Rule C Vessel Arrest/Necessaries |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V MOON, IMO Number 9635690, currently located in the Chesapeake Bay, Virginia, and expected

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

to proceed to Dominion Terminal Associates, Newport News, Virginia }

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| K. Barrett Luxhoj, Esquire<br>CRENSHAW, WARE & MARTIN, PLC.<br>150 West Main Street, Suite 1923<br>Norfolk, Virginia 23510 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please contact Substitute Custodian, Bill O'Dell at 954-599-3340, and Robert Blackburn at 585-747-6689.

| Signature of Attorney other Originator requesting service on behalf of: | [×] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>757-623-3000 | DATE<br>3/4/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 283 | District to Serve<br>No. 283 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/5/26 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [×] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>3-6-2026 | Time<br>12:00 | [ ] am<br>[×] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS: *Service was cancelled*

RECEIVED UNITED STATES MARSHAL
2026 MAR -5 P 12:16
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

Form USM-285
Rev. 03/21

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals Service

Process 083-2:2026-CV-00205-1 | Cost Worksheet
Printed on: 03/06/2026

---

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CV - Civil | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>E/VA - NORFOLK | **Case Caption**<br>Garrets International A/S & Saga Shipping A/S v. M/V MOON, IMO No. 9635690 (ex HORUS), in rem |
| **Civil/Criminal**<br>Civil | **Attribute**<br>Private | **Process Type**<br>WarrantArrest | **Party to be Served**<br>M/V MOON, IMO No. 9635690 |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 03/05/2026 14:24 EST | Fees Collected | | $5,000.00 | $0.00 |
| 03/05/2026 14:37 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 03/06/2026 13:37 EST | Return Unexecuted | | $0.00 | $0.00 |
| **Total Costs** | | | **$5,000.00** | **$0.00** |

| | |
|---|---|
| **Remaining Balance** | **$5,000.00** |
| **Amount Owed** | **$0.00** |
| **Remaining Process to Serve:** | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-CV-00205

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  m/v Moon

was received by me on *(date)*  3-5-2026                .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                  ; or

☑ I returned the summons unexecuted because  Service was Cancelled                    ; or

☐ Other *(specify):*

My fees are $                  for travel and $                  for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date:  3-6-2026

Server's signature

D. Tolliver  DUSM
*Printed name and title*

600 Granby St.
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc: